Case 6:16-mc-00091-RFD-PJH   Document 2   Filed 12/22/16   Page 1 of 2 PageID #:  10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Donna Willis** | MISC. CASE NO. 6:16-mc-00091 |
| v. | JUDGE DOHERTY |
| **Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc.** | MAGISTRATE JUDGE HANNA |

### REPORT AND RECOMMENDATIONS ON UNOPPOSED MOTION FOR SETTLEMENT AS TO CLAIMS FOR THE WRONGFUL DEATH OF EVELYN TRUMBO, DECEASED

This Court, having reviewed Plaintiff's Unopposed Motion to Approve Settlement as to Claims of Donna Willis for the Wrongful Death of Evelyn Trumbo and Takeda Pharmaceutical Company Limited and Takeda Pharmaceuticals U.S.A., Inc. (collectively "Takeda"), the parties having received due notice of and having had the opportunity to be heard, and this Court having considered all submissions made, I recommend to the Court that the Motion be

GRANTED and

The settlement by and between Donna Willis for the Wrongful Death of Evelyn Trumbo and Takeda, as notice to the Court on  December 20, 2016 be

APPROVED.

The Court has jurisdiction of this matter by virtue of the Donna Willis participating in the Actos MDL Master Settlement Agreement.

ANY PARTY OBJECTING TO THIS RECOMMENDATION SHALL SUBMIT OBJECTIONS, IN WRITING, DIRECTLY TO JUDGE DOHERTY'S CHAMBERS – AND SHALL NOT FILE THE OBJECTION INTO THE RECORD – NO LATER THAN TEN (10) DAYS AFTER ENTRY OF THIS RECOMMENDATION.

- 2 -

If there is no objection within ten (10) days of the entry of this Recommendation, the Recommendation will become an Order.

This is DONE AND SIGNED in Lafayette, Louisiana, this __22nd__ of __December__, 2016.

_____
HONORABLE PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE